UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNDY GONZALEZ, | ) Case No. |
| | ) |
| Plaintiff, | ) 3:17-cv-02584-DMS-MDD |
| | ) |
| vs. | ) (~~PROPOSED~~) ORDER |
| | ) |
| BLUESTEM BRANDS, INC., | ) |
| DOES 1 THROUGH 10, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this: 5-31-18

_____
Honorable Judge of the District Court

Order to Dismiss - 1